**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT,
IN AND FOR HENDRY COUNTY, FLORIDA**

MEUTHA LEWIS,

      Plaintiff,

v.                                        CASE NO.:

NATIONWIDE ASSURANCE COMPANY,

      Defendant.

_____/

**<u>COMPLAINT AND DEMAND FOR JURY TRIAL</u>**

Plaintiff sues Defendant and alleges:

1. This is an action for damages that exceeds Fifty Thousand Dollars ($50,000.00) exclusive of interest, costs, and attorney's fees.

2. At all times material hereto, in consideration of a premium paid by Plaintiff, there was in full force and effect a certain property insurance policy issued by Defendant with a policy number of ACPBP015934665524 (Policy). A copy of the Policy is incorporated by reference as Plaintiff does not have a full copy of the Policy in Plaintiff's possession, custody, or control.

3. Accordingly, under the terms of the Policy, Defendant agreed to provide insurance coverage to Plaintiff's property against certain losses for both the actual cash value and replacement cost value.

4. Plaintiff's property is located at 369 West Hickpochee Avenue # 369, Labelle, FL 33935 (Property).

5. On or about 10/09/2024, while the Policy was in full force and effect, the Property was damaged (Loss).

6. Promptly thereafter Plaintiff reported the Loss to Defendant.

7. Accordingly, Defendant assigned claim number 135890-GQ to the Loss and investigated the Loss.

8. Subsequently, Defendant failed to adjust the Loss pursuant to the unambiguous terms of the Policy.

9. By failing to adjust the Loss pursuant to the unambiguous terms of the Policy, Defendant has materially breached the Policy by failing to pay the actual cash value and replacement cost value of the claim.

10. Plaintiff suffered and continues to suffer damages resulting from Defendant's material breach of the Policy.

11. All (a) conditions precedent and (b) conditions subsequent to the filing of this action have been satisfied or waived.

12. At least ten (10) business days prior to the filing of this lawsuit, pursuant to Fla. Stat. § 627.70152 Plaintiff sent a presuit settlement demand to Defendant.

13. Defendant failed to properly respond to said presuit settlement demand.

## COUNT I – BREACH OF CONTRACT

14. Plaintiff reincorporates paragraphs one (1) through thirteen (13) in Count I.

15. By failing to adjust the Loss pursuant to the unambiguous terms of the Policy and by failing to properly respond to said presuit settlement demand, Defendant has materially breached the Policy.

16. Plaintiff suffered, and continues to suffer, damages resulting from Defendant's material breach of the Policy.

17. Plaintiffs were obligated to retain the undersigned attorneys for the prosecution of this action and is entitled to reasonable attorneys' fees and costs pursuant to Fla. Stat. § 768.79,

627.428, 626.9373, 627.70152, and or any other applicable Florida Statute, Rule, and or contractual provision.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter judgment against Defendant that Plaintiffs are entitled to reasonable attorneys' fees and costs pursuant to Fla. Stat. § 768.79, 627.428, 626.9373, 627.70152, and or any other applicable Florida Statute, Rule, and or contractual provision.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all issues triable as a matter of right.

Dated: March 17th, 2025.

<div style="margin-left: 40%;">

Respectfully submitted,

By:    /s/ Kevin Weisser
       KEVIN WEISSER
       Florida Bar No: 98828
       WEISSER ELAZAR & KANTOR, PLLC
       Attorneys for Plaintiff
       800 East Broward Boulevard, Suite 510
       Fort Lauderdale, FL 33301
       T: (954) 486-2623
       F: (954) 572-8695
       Email: KW@WEKLaw.com
              JK@WEKLaw.com
              Service@WEKLaw.com

</div>