

eportaluser

Expand All

| Case Number | Filed Date | Disposition Date | County | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|---|---|
| 262025CA000148CAAXMX [25000148CAAXMX] | 03/17/2025 | | HENDRY | CONTRACTS AND INDEBTEDNESS | OPEN | No | Yes |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 03/17/2025 | CONTRACTS AND INDEBTEDNESS | YES | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| HILL, DARRELL ROBIN | JUDGE | | |
| LEWIS, MEUTHA | PLAINTIFF | WEISSER, KEVIN JOSHUA | 98828 |
| NATIONWIDE ASSURANCE COMPANY | DEFENDANT | | |

### Dockets

Page : 1          25

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| 📄 | 10 | 04/21/2025 | Motion for Enlargement/Extension of Time (NAC'S) | 2 |
| 📄 | 9 | 03/17/2025 | SUMMONS ISSUED ON NATIONWIDE ASSURANCE COMPANY (EMAILED TO ATTY) | 3 |
| 📄 | 8 | 03/17/2025 | Notice of Taking Deposition DUCES TECUM OF DEFENDANTS DESIGNATED CORPORATE REPRESENTATIVES | 6 |
| 📄 | 7 | 03/17/2025 | COMPLAINT/SWORN COMPLAINT AND DEMAND FOR JURY TRIAL | 3 |
| 📄 | 6 | 03/17/2025 | CIVIL COVER SHEET FILED | 3 |
| | 5 | 03/17/2025 | Payment received: $410.00 Receipt Number MX 2024015019 | |
| | 4 | 03/17/2025 | Assessment 1 Total Assessed $410.00 Balance Remaining $0.00 | |
| | 3 | 03/17/2025 | Assessment 1 assessed at sum $410.00 | |
| | 2 | 03/17/2025 | Judge: Assigned | |
| | 1 | 03/17/2025 | Case 262025CA000148CAAXMX Filed with Clerk on 3/17/2025 | |

### Judge Assignment History

### Court Events

### Financial Summary

### Reopen History