| | |
|---|---|
| Insured: | Meutha Lewis |
| Property: | 367 W Hickpochee Ave #369 |
| | Labelle FL 33935, FL 33935 |

| | | | |
|---|---|---|---|
| Claim Rep.: | Raimel Corcho | Business: | (786) 624-8071 |
| Estimator: | Raimel Corcho | Business: | (786) 624-8071 |

**Claim Number:** 135890-T    **Policy Number:** ACPBP015944665524    **Type of Loss:** Hurricane

| | | | | |
|---|---|---|---|---|
| Date of Loss: | 10/9/2024 12:00 AM | | Date Received: | |
| Date Inspected: | | | Date Entered: | 1/17/2025 1:43 PM |

| | |
|---|---|
| Price List: | FLSE8X_JAN25 |
| | Restoration/Service/Remodel |
| Estimate: | MEUTHALEWIS |

This project involves many trades and requires extensive coordination, including but not limited to; Roofing, painting, drywall, insulation, etc. This project also requires extensive INTERIOR repairs. The level of complexity and/or coordination required of a general contractor to carry out this project definitely met and exceeded any threshold necessary to obtain Overhead and Profit (O&P), It has been assessed to this estimate accordingly.

**Cause of Loss:** Hurricane Milton
**Insurance Company:** Nation Wide Insurance Company

**MEUTHALEWIS**

**ROOF**



### Roof1

| 2444.65 Surface Area | 24.45 Number of Squares |
|---|---|
| 229.29 Total Perimeter Length | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Tear off, haul and dispose of modified bitumen roofing | 24.45 SQ | 69.61 | 0.00 | 340.40 | 2,042.36 | (0.00) | 2,042.36 |
| 2. R&R Modified bitumen roof - hot mopped | 26.00 SQ | 638.18 | 330.68 | 3,384.68 | 20,308.04 | (0.00) | 20,308.04 |
| 3. Roofing felt - 30 lb. | 24.45 SQ | 49.57 | 25.79 | 247.56 | 1,485.34 | (0.00) | 1,485.34 |
| 4. Roofing felt - 30 lb. | 24.45 SQ | 49.57 | 25.79 | 247.56 | 1,485.34 | (0.00) | 1,485.34 |
| 5. R&R Drip edge | 229.29 LF | 3.92 | 20.54 | 183.88 | 1,103.24 | (0.00) | 1,103.24 |
| 6. R&R Flashing - pipe jack | 3.00 EA | 73.11 | 4.12 | 44.68 | 268.13 | (0.00) | 268.13 |
| 7. R&R Roof vent - turbine type | 2.00 EA | 185.32 | 14.42 | 77.00 | 462.06 | (0.00) | 462.06 |
| 8. R&R Gutter / downspout - aluminum - 6" | 55.00 LF | 13.26 | 31.69 | 152.22 | 913.21 | (0.00) | 913.21 |
| 9. Caulking - butyl rubber | 229.00 LF | 4.27 | 10.90 | 197.74 | 1,186.47 | (0.00) | 1,186.47 |
| 10. R&R Sheathing - plywood - 1/2" CDX | 96.00 SF | 2.98 | 6.92 | 58.60 | 351.60 | (0.00) | 351.60 |
| 11. R&R Soffit - wood | 96.00 SF | 7.21 | 13.98 | 141.24 | 847.38 | (0.00) | 847.38 |
| **Totals: Roof1** | | | **484.83** | **5,075.56** | **30,453.17** | **0.00** | **30,453.17** |

| **Total: ROOF** | | | **484.83** | **5,075.56** | **30,453.17** | **0.00** | **30,453.17** |
|---|---|---|---|---|---|---|---|

**Main Level**



### Waiting Area

Height: 8'

| 413.07 SF Walls | 152.12 SF Ceiling |
|---|---|
| 565.18 SF Walls & Ceiling | 152.12 SF Floor |
| 16.90 SY Flooring | 51.63 LF Floor Perimeter |
| 51.63 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | | |
| 12. R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | 3.07 | 1.75 | 20.00 | 119.99 | (0.00) | 119.99 |

**CONTINUED - Waiting Area**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 13. R&R Batt insulation - 10" - R30 - unfaced batt | 32.00 SF | 2.34 | 3.11 | 15.60 | 93.59 | (0.00) | 93.59 |
| **Paint & Texture** | | | | | | | |
| 14. Paint the walls and ceiling - two coats | 565.18 SF | 1.15 | 12.26 | 132.46 | 794.68 | (0.00) | 794.68 |
| 15. Seal the walls and ceiling w/PVA primer - one coat | 565.18 SF | 0.66 | 2.37 | 75.08 | 450.47 | (0.00) | 450.47 |
| 16. Texture drywall - smooth / skim coat | 152.12 SF | 1.51 | 1.81 | 46.30 | 277.81 | (0.00) | 277.81 |
| **Detachables** | | | | | | | |
| 17. Exit sign - Detach & reset | 1.00 EA | 81.56 | 0.00 | 16.32 | 97.88 | (0.00) | 97.88 |
| 18. Recessed light fixture - Detach & reset entire unit | 2.00 EA | 131.56 | 0.00 | 52.62 | 315.74 | (0.00) | 315.74 |
| 19. Detach & Reset Fluorescent light fixture | 1.00 EA | 91.09 | 0.00 | 18.22 | 109.31 | (0.00) | 109.31 |
| 20. Heat/AC register - Mechanically attached - Detach & reset | 3.00 EA | 15.01 | 0.00 | 9.00 | 54.03 | (0.00) | 54.03 |
| 21. Contents - move out then reset - Large room | 1.00 EA | 129.14 | 0.00 | 25.82 | 154.96 | (0.00) | 154.96 |
| **Floors** | | | | | | | |
| 22. Floor protection - self-adhesive plastic film | 152.12 SF | 0.72 | 1.49 | 22.20 | 133.22 | (0.00) | 133.22 |
| 23. Clean floor | 152.12 SF | 0.59 | 0.11 | 17.98 | 107.84 | (0.00) | 107.84 |
| **Totals: Waiting Area** | | | **22.90** | **451.60** | **2,709.52** | **0.00** | **2,709.52** |



**Office Loft**                                                   **Height: 8'**

| | |
|---|---|
| 513.77 SF Walls | 217.28 SF Ceiling |
| 731.05 SF Walls & Ceiling | 217.28 SF Floor |
| 24.14 SY Flooring | 63.12 LF Floor Perimeter |
| 69.71 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | 3' 5" X 6' 8" | Opens into HALLWAY |
| **Missing Wall - Goes to Floor** | 3' 2" X 6' 8" | Opens into HALLWAY1 |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | | |
| 24. R&R 5/8" drywall - hung, taped, ready for texture | 64.00 SF | 3.07 | 3.49 | 40.00 | 239.97 | (0.00) | 239.97 |
| 25. R&R Batt insulation - 10" - R30 - unfaced batt | 64.00 SF | 2.34 | 6.23 | 31.18 | 187.17 | (0.00) | 187.17 |

**CONTINUED - Office Loft**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Walls** | | | | | | | |
| 26. R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | 2.96 | 1.61 | 19.26 | 115.59 | (0.00) | 115.59 |
| 27. R&R Batt insulation - 4" - R13 - unfaced batt | 32.00 SF | 1.27 | 1.41 | 8.40 | 50.45 | (0.00) | 50.45 |
| 28. Baseboard - Detach & reset | 63.12 LF | 3.80 | 0.09 | 48.00 | 287.95 | (0.00) | 287.95 |
| 29. Paint baseboard - one coat | 63.12 LF | 1.11 | 0.53 | 14.12 | 84.71 | (0.00) | 84.71 |
| 30. R&R Attic entrance cover and trim | 1.00 EA | 128.32 | 2.12 | 26.08 | 156.52 | (0.00) | 156.52 |
| 31. Detach & Reset Quarter round - 3/4" | 63.12 LF | 2.17 | 0.09 | 27.42 | 164.48 | (0.00) | 164.48 |
| **Paint & Texture** | | | | | | | |
| 32. Seal & paint base shoe or quarter round | 63.12 LF | 0.93 | 0.62 | 11.86 | 71.18 | (0.00) | 71.18 |
| 33. Paint the walls and ceiling - two coats | 731.05 SF | 1.15 | 15.86 | 171.32 | 1,027.89 | (0.00) | 1,027.89 |
| 34. Seal the walls and ceiling w/PVA primer - one coat | 731.05 SF | 0.66 | 3.07 | 97.12 | 582.68 | (0.00) | 582.68 |
| 35. Texture drywall - smooth / skim coat | 731.05 SF | 1.51 | 8.70 | 222.52 | 1,335.11 | (0.00) | 1,335.11 |
| **Detachables** | | | | | | | |
| 36. R&R Smoke detector | 1.00 EA | 84.24 | 1.97 | 17.24 | 103.45 | (0.00) | 103.45 |
| 37. Exit sign - Detach & reset | 1.00 EA | 81.56 | 0.00 | 16.32 | 97.88 | (0.00) | 97.88 |
| 38. Heat/AC register - Mechanically attached - Detach & reset | 2.00 EA | 15.01 | 0.00 | 6.00 | 36.02 | (0.00) | 36.02 |
| 39. Detach & Reset Fluorescent light fixture | 4.00 EA | 91.09 | 0.00 | 72.88 | 437.24 | (0.00) | 437.24 |
| 40. Contents - move out then reset - Large room | 1.00 EA | 129.14 | 0.00 | 25.82 | 154.96 | (0.00) | 154.96 |
| **Floors** | | | | | | | |
| 41. Floor protection - self-adhesive plastic film | 217.28 SF | 0.72 | 2.13 | 31.70 | 190.27 | (0.00) | 190.27 |
| 42. Clean floor | 217.28 SF | 0.59 | 0.15 | 25.68 | 154.03 | (0.00) | 154.03 |
| 43. Remove Carpet | 217.28 SF | 0.40 | 0.00 | 17.38 | 104.29 | (0.00) | 104.29 |
| 44. Carpet | 249.87 SF | 4.16 | 52.12 | 218.32 | 1,309.90 | (0.00) | 1,309.90 |
| 15 % waste added for Carpet. | | | | | | | |
| 45. Vapor barrier - 15# felt | 217.28 SF | 0.34 | 1.06 | 15.00 | 89.94 | (0.00) | 89.94 |
| 46. Clean furniture | 1.00 EA | 49.71 | 0.11 | 9.96 | 59.78 | (0.00) | 59.78 |
| 47. Protect contents - Cover with plastic | 120.00 SF | 0.26 | 0.67 | 6.38 | 38.25 | (0.00) | 38.25 |
| **Totals: Office Loft** | | | 102.03 | 1,179.96 | 7,079.71 | 0.00 | 7,079.71 |




### Hallway    Height: 8'

| | |
|---|---|
| 81.22  SF Walls | 10.50  SF Ceiling |
| 91.72  SF Walls & Ceiling | 10.50  SF Floor |
| 1.17  SY Flooring | 9.58  LF Floor Perimeter |
| 13.00  LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**          3' 5" X 6' 8"          **Opens into OFFICE_LOFT_**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Paint & Texture** | | | | | | | |
| 48.  Paint baseboard - one coat | 9.58 LF | 1.11 | 0.08 | 2.14 | 12.85 | (0.00) | 12.85 |
| **Floors** | | | | | | | |
| 49.  Baseboard - Detach & reset | 9.58 LF | 3.80 | 0.01 | 7.28 | 43.69 | (0.00) | 43.69 |
| 50.  Detach & Reset Quarter round - 3/4" | 9.58 LF | 2.17 | 0.01 | 4.16 | 24.96 | (0.00) | 24.96 |
| 51.  Remove Carpet | 10.50 SF | 0.40 | 0.00 | 0.84 | 5.04 | (0.00) | 5.04 |
| 52.  Carpet | 12.08 SF | 4.16 | 2.52 | 10.56 | 63.33 | (0.00) | 63.33 |
| 15 % waste added for Carpet. | | | | | | | |
| 53.  Vapor barrier - 15# felt | 10.50 SF | 0.34 | 0.05 | 0.74 | 4.36 | (0.00) | 4.36 |
| **Totals:  Hallway** | | | 2.67 | 25.72 | 154.23 | 0.00 | 154.23 |



### Storage Room    Height: 8'

| | |
|---|---|
| 269.12  SF Walls | 73.28  SF Ceiling |
| 342.40  SF Walls & Ceiling | 73.28  SF Floor |
| 8.14  SY Flooring | 33.64  LF Floor Perimeter |
| 33.64  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | | |
| 54.  R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | 3.07 | 1.75 | 20.00 | 119.99 | (0.00) | 119.99 |
| 55.  R&R Batt insulation - 10" - R30 - unfaced batt | 32.00 SF | 2.34 | 3.11 | 15.60 | 93.59 | (0.00) | 93.59 |
| **Paint & Texture** | | | | | | | |
| 56.  Paint the walls and ceiling - two coats | 342.40 SF | 1.15 | 7.43 | 80.24 | 481.43 | (0.00) | 481.43 |
| 57.  Seal the walls and ceiling w/PVA primer - one coat | 342.40 SF | 0.66 | 1.44 | 45.48 | 272.90 | (0.00) | 272.90 |
| 58.  Texture drywall - smooth / skim coat | 73.28 SF | 1.51 | 0.87 | 22.32 | 133.84 | (0.00) | 133.84 |
| **Detachables** | | | | | | | |
| 59.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 15.01 | 0.00 | 3.00 | 18.01 | (0.00) | 18.01 |

**CONTINUED - Storage Room**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 60. Detach & Reset Fluorescent light fixture | 1.00 EA | 91.09 | 0.00 | 18.22 | 109.31 | (0.00) | 109.31 |
| 61. Contents - move out then reset - Large room | 1.00 EA | 129.14 | 0.00 | 25.82 | 154.96 | (0.00) | 154.96 |
| 62. Exit sign - Detach & reset | 1.00 EA | 81.56 | 0.00 | 16.32 | 97.88 | (0.00) | 97.88 |
| **Floors** | | | | | | | |
| 63. Floor protection - self-adhesive plastic film | 73.28 SF | 0.72 | 0.72 | 10.70 | 64.18 | (0.00) | 64.18 |
| 64. Clean floor | 73.28 SF | 0.59 | 0.05 | 8.66 | 51.95 | (0.00) | 51.95 |
| 65. Clean furniture | 1.00 EA | 49.71 | 0.11 | 9.96 | 59.78 | (0.00) | 59.78 |
| 66. Protect contents - Cover with plastic | 120.00 SF | 0.26 | 0.67 | 6.38 | 38.25 | (0.00) | 38.25 |
| **Totals: Storage Room** | | | **16.15** | **282.70** | **1,696.07** | **0.00** | **1,696.07** |



**Office #1**                                                                    **Height: 8'**

279.69 SF Walls      76.09 SF Ceiling
355.78 SF Walls & Ceiling      76.09 SF Floor
8.45 SY Flooring      34.96 LF Floor Perimeter
34.96 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | | |
| 67. R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | 3.07 | 1.75 | 20.00 | 119.99 | (0.00) | 119.99 |
| 68. R&R Batt insulation - 10" - R30 - unfaced batt | 32.00 SF | 2.34 | 3.11 | 15.60 | 93.59 | (0.00) | 93.59 |
| **Walls** | | | | | | | |
| 69. R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | 2.96 | 1.61 | 19.26 | 115.59 | (0.00) | 115.59 |
| 70. R&R Batt insulation - 4" - R13 - unfaced batt | 32.00 SF | 1.27 | 1.41 | 8.40 | 50.45 | (0.00) | 50.45 |
| 71. Baseboard - Detach & reset | 34.96 LF | 3.80 | 0.05 | 26.60 | 159.50 | (0.00) | 159.50 |
| 72. Detach & Reset Quarter round - 3/4" | 34.96 LF | 2.17 | 0.05 | 15.20 | 91.11 | (0.00) | 91.11 |
| 73. Paint baseboard - one coat | 34.96 LF | 1.11 | 0.29 | 7.82 | 46.92 | (0.00) | 46.92 |
| **Paint & Texture** | | | | | | | |
| 74. Paint the walls and ceiling - two coats | 355.78 SF | 1.15 | 7.72 | 83.38 | 500.25 | (0.00) | 500.25 |
| 75. Seal the walls and ceiling w/PVA primer - one coat | 355.78 SF | 0.66 | 1.49 | 47.26 | 283.56 | (0.00) | 283.56 |

CONTINUED - Office #1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. Texture drywall - smooth / skim coat | 355.78 SF | 1.51 | 4.23 | 108.28 | 649.74 | (0.00) | 649.74 |
| **Detachables** | | | | | | | |
| 77. Detach & Reset Fluorescent light fixture | 1.00 EA | 91.09 | 0.00 | 18.22 | 109.31 | (0.00) | 109.31 |
| 78. Exit sign - Detach & reset | 1.00 EA | 81.56 | 0.00 | 16.32 | 97.88 | (0.00) | 97.88 |
| 79. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 15.01 | 0.00 | 3.00 | 18.01 | (0.00) | 18.01 |
| 80. Contents - move out then reset - Large room | 1.00 EA | 129.14 | 0.00 | 25.82 | 154.96 | (0.00) | 154.96 |
| **Floors** | | | | | | | |
| 81. Floor protection - self-adhesive plastic film | 76.09 SF | 0.72 | 0.75 | 11.12 | 66.65 | (0.00) | 66.65 |
| 82. Clean floor | 76.09 SF | 0.59 | 0.05 | 9.00 | 53.94 | (0.00) | 53.94 |
| 83. Remove Carpet | 76.09 SF | 0.40 | 0.00 | 6.08 | 36.52 | (0.00) | 36.52 |
| 84. Carpet | 87.50 SF | 4.16 | 18.25 | 76.46 | 458.71 | (0.00) | 458.71 |
| 15 % waste added for Carpet. | | | | | | | |
| 85. Vapor barrier - 15# felt | 76.09 SF | 0.34 | 0.37 | 5.26 | 31.50 | (0.00) | 31.50 |
| 86. Clean furniture | 1.00 EA | 49.71 | 0.11 | 9.96 | 59.78 | (0.00) | 59.78 |
| 87. Protect contents - Cover with plastic | 120.00 SF | 0.26 | 0.67 | 6.38 | 38.25 | (0.00) | 38.25 |
| **Totals: Office #1** | | | **41.91** | **539.42** | **3,236.21** | **0.00** | **3,236.21** |



| Hallway | | | Height: 8' |
|---|---|---|---|
| 590.72 SF Walls | | 125.26 SF Ceiling | |
| 715.98 SF Walls & Ceiling | | 125.26 SF Floor | |
| 13.92 SY Flooring | | 71.59 LF Floor Perimeter | |
| 85.09 LF Ceil. Perimeter | | | |

| **Missing Wall - Goes to Floor** | 3' X 6' 8" | **Opens into OFFICE_3** |
|---|---|---|
| **Missing Wall - Goes to Floor** | 2' 7" X 6' 8" | **Opens into OFFICE_3** |
| **Missing Wall - Goes to Floor** | 3' 2" X 6' 8" | **Opens into OFFICE_LOFT_** |
| **Missing Wall - Goes to Floor** | 2' X 6' 8" | **Opens into OFFICE_5** |
| **Missing Wall - Goes to Floor** | 2' 9" X 6' 8" | **Opens into OFFICE_5** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Paint & Texture** | | | | | | | |
| 88. Detach & Reset Quarter round - 3/4" | 71.59 LF | 2.17 | 0.10 | 31.10 | 186.55 | (0.00) | 186.55 |


**CONTINUED - Hallway**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 89. Baseboard - Detach & reset | 71.59 LF | 3.80 | 0.10 | 54.42 | 326.56 | (0.00) | 326.56 |
| 90. Paint baseboard - one coat | 71.59 LF | 1.11 | 0.60 | 16.02 | 96.08 | (0.00) | 96.08 |
| **Floors** | | | | | | | |
| 91. Clean floor | 125.26 SF | 0.59 | 0.09 | 14.80 | 88.79 | (0.00) | 88.79 |
| 92. Remove Carpet | 125.26 SF | 0.40 | 0.00 | 10.02 | 60.12 | (0.00) | 60.12 |
| 93. Carpet | 144.05 SF | 4.16 | 30.05 | 125.88 | 755.18 | (0.00) | 755.18 |
| 15 % waste added for Carpet. | | | | | | | |
| 94. Vapor barrier - 15# felt | 125.26 SF | 0.34 | 0.61 | 8.64 | 51.84 | (0.00) | 51.84 |
| **Totals: Hallway** | | | 31.55 | 260.88 | 1,565.12 | 0.00 | 1,565.12 |



| Office #2 | | | | | | Height: 8' | |
|---|---|---|---|---|---|---|---|

| 361.48 SF Walls | 92.26 SF Ceiling |
|---|---|
| 453.74 SF Walls & Ceiling | 92.26 SF Floor |
| 10.25 SY Flooring | 45.19 LF Floor Perimeter |
| 45.19 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | | |
| 95. R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | 3.07 | 1.75 | 20.00 | 119.99 | (0.00) | 119.99 |
| 96. R&R Batt insulation - 10" - R30 - unfaced batt | 32.00 SF | 2.34 | 3.11 | 15.60 | 93.59 | (0.00) | 93.59 |
| **Paint & Texture** | | | | | | | |
| 97. Paint the walls and ceiling - two coats | 453.74 SF | 1.15 | 9.85 | 106.34 | 637.99 | (0.00) | 637.99 |
| 98. Seal the walls and ceiling w/PVA primer - one coat | 453.74 SF | 0.66 | 1.91 | 60.28 | 361.66 | (0.00) | 361.66 |
| 99. Texture drywall - smooth / skim coat | 92.26 SF | 1.51 | 1.10 | 28.08 | 168.49 | (0.00) | 168.49 |
| **Detachables** | | | | | | | |
| 100. Heat/AC register - Mechanically attached - Detach & reset | 2.00 EA | 15.01 | 0.00 | 6.00 | 36.02 | (0.00) | 36.02 |
| 101. Exit sign - Detach & reset | 1.00 EA | 81.56 | 0.00 | 16.32 | 97.88 | (0.00) | 97.88 |
| 102. Detach & Reset Fluorescent light fixture | 2.00 EA | 91.09 | 0.00 | 36.44 | 218.62 | (0.00) | 218.62 |
| 103. Contents - move out then reset - Large room | 1.00 EA | 129.14 | 0.00 | 25.82 | 154.96 | (0.00) | 154.96 |
| **Floors** | | | | | | | |

**CONTINUED - Office #2**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 104.  Floor protection - self-adhesive plastic film | 92.26 SF | 0.72 | 0.90 | 13.46 | 80.79 | (0.00) | 80.79 |
| 105.  Clean floor | 92.26 SF | 0.59 | 0.06 | 10.90 | 65.39 | (0.00) | 65.39 |
| **Totals:  Office #2** | | | **18.68** | **339.24** | **2,035.38** | **0.00** | **2,035.38** |



| Office #3 | | | | | | Height: 8' | |
|---|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 249.44  SF Walls | | 79.33  SF Ceiling | |
| 328.78  SF Walls & Ceiling | | 79.33  SF Floor | |
| 8.81  SY Flooring | | 30.25  LF Floor Perimeter | |
| 35.83  LF Ceil. Perimeter | | | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | 3' X 6' 8" | **Opens into HALLWAY1** |
| **Missing Wall - Goes to Floor** | 2' 7" X 6' 8" | **Opens into HALLWAY1** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | | |
| 106.  R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | 3.07 | 1.75 | 20.00 | 119.99 | (0.00) | 119.99 |
| 107.  R&R Batt insulation - 10" - R30 - unfaced batt | 32.00 SF | 2.34 | 3.11 | 15.60 | 93.59 | (0.00) | 93.59 |
| **Paint & Texture** | | | | | | | |
| 108.  Paint the walls and ceiling - two coats | 328.78 SF | 1.15 | 7.13 | 77.04 | 462.27 | (0.00) | 462.27 |
| 109.  Seal the walls and ceiling w/PVA primer - one coat | 328.78 SF | 0.66 | 1.38 | 43.68 | 262.05 | (0.00) | 262.05 |
| 110.  Texture drywall - smooth / skim coat | 79.33 SF | 1.51 | 0.94 | 24.14 | 144.87 | (0.00) | 144.87 |
| **Detachables** | | | | | | | |
| 111.  Heat/AC register - Mechanically attached - Detach & reset | 2.00 EA | 15.01 | 0.00 | 6.00 | 36.02 | (0.00) | 36.02 |
| 112.  Detach & Reset Fluorescent light fixture | 2.00 EA | 91.09 | 0.00 | 36.44 | 218.62 | (0.00) | 218.62 |
| 113.  Contents - move out then reset - Large room | 1.00 EA | 129.14 | 0.00 | 25.82 | 154.96 | (0.00) | 154.96 |
| **Floors** | | | | | | | |
| 114.  Floor protection - self-adhesive plastic film | 79.33 SF | 0.72 | 0.78 | 11.58 | 69.48 | (0.00) | 69.48 |
| 115.  Clean floor | 79.33 SF | 0.59 | 0.06 | 9.38 | 56.24 | (0.00) | 56.24 |
| **Totals:  Office #3** | | | **15.15** | **269.68** | **1,618.09** | **0.00** | **1,618.09** |





| | | |
|---|---|---|
| **Office #4** | | **Height: 8'** |

| | |
|---|---|
| 229.05  SF Walls | 64.65  SF Ceiling |
| 293.70  SF Walls & Ceiling | 64.65  SF Floor |
| 7.18  SY Flooring | 27.84  LF Floor Perimeter |
| 32.59  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | **2' X 6' 8"** | **Opens into HALLWAY1** |
| **Missing Wall - Goes to Floor** | **2' 9" X 6' 8"** | **Opens into HALLWAY1** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | | |
| 116.  R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | 3.07 | 1.75 | 20.00 | 119.99 | (0.00) | 119.99 |
| 117.  R&R Batt insulation - 10" - R30 - unfaced batt | 32.00 SF | 2.34 | 3.11 | 15.60 | 93.59 | (0.00) | 93.59 |
| **Paint & Texture** | | | | | | | |
| 118.  Paint the walls and ceiling - two coats | 293.70 SF | 1.15 | 6.37 | 68.84 | 412.97 | (0.00) | 412.97 |
| 119.  Seal the walls and ceiling w/PVA primer - one coat | 293.70 SF | 0.66 | 1.23 | 39.00 | 234.07 | (0.00) | 234.07 |
| 120.  Texture drywall - smooth / skim coat | 64.65 SF | 1.51 | 0.77 | 19.68 | 118.07 | (0.00) | 118.07 |
| **Detachables** | | | | | | | |
| 121.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 15.01 | 0.00 | 3.00 | 18.01 | (0.00) | 18.01 |
| 122.  Detach & Reset Fluorescent light fixture | 2.00 EA | 91.09 | 0.00 | 36.44 | 218.62 | (0.00) | 218.62 |
| 123.  Contents - move out then reset - Large room | 1.00 EA | 129.14 | 0.00 | 25.82 | 154.96 | (0.00) | 154.96 |
| **Floors** | | | | | | | |
| 124.  Floor protection - self-adhesive plastic film | 64.65 SF | 0.72 | 0.63 | 9.44 | 56.62 | (0.00) | 56.62 |
| 125.  Clean floor | 64.65 SF | 0.59 | 0.05 | 7.64 | 45.83 | (0.00) | 45.83 |
| **Totals:  Office #4** | | | **13.91** | **245.46** | **1,472.73** | **0.00** | **1,472.73** |

| | |
|---|---|
| **Front Elevation** | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 126.  Paint the surface area - two coats | 500.00 SF | 1.15 | 10.85 | 117.18 | 703.03 | (0.00) | 703.03 |
| 127.  Clean with pressure/chemical spray | 500.00 SF | 0.47 | 0.35 | 47.08 | 282.43 | (0.00) | 282.43 |
| 128.  Paint deck - 2 coats paint | 420.00 SF | 1.55 | 7.06 | 131.62 | 789.68 | (0.00) | 789.68 |
| 129.  R&R Deck planking - hardwood (Ipe) - 1"x 6" | 25.00 SF | 24.97 | 22.58 | 129.38 | 776.21 | (0.00) | 776.21 |
| Added for repair on loose deck planks | | | | | | | |
| **Totals:  Front Elevation** | | | **40.84** | **425.26** | **2,551.35** | **0.00** | **2,551.35** |

### Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 130. Seal & paint wood siding | 450.00 SF | 2.11 | 17.33 | 193.36 | 1,160.19 | (0.00) | 1,160.19 |
| 131. R&R Siding - vinyl | 450.00 SF | 5.64 | 76.86 | 522.98 | 3,137.84 | (0.00) | 3,137.84 |
| 132. Prime & paint door slab only - exterior (per side) | 1.00 EA | 52.56 | 1.16 | 10.76 | 64.48 | (0.00) | 64.48 |
| 133. Clean with pressure/chemical spray | 600.00 SF | 0.47 | 0.42 | 56.48 | 338.90 | (0.00) | 338.90 |
| 134. Detach & Reset Exterior light fixture | 1.00 EA | 93.17 | 0.00 | 18.64 | 111.81 | (0.00) | 111.81 |
| 135. Paint the surface area - two coats | 800.00 SF | 1.15 | 17.36 | 187.48 | 1,124.84 | (0.00) | 1,124.84 |
| 136. Stucco patch / small repair - ready for color | 2.00 EA | 199.77 | 3.33 | 80.56 | 483.43 | (0.00) | 483.43 |
| 137. Meter mast for overhead power - Detach & reset | 1.00 EA | 682.19 | 0.00 | 136.44 | 818.63 | (0.00) | 818.63 |
| **Totals: Rear Elevation** | | | **116.46** | **1,206.70** | **7,240.12** | **0.00** | **7,240.12** |

### Right Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 138. Seal & paint wood siding | 450.00 SF | 2.11 | 17.33 | 193.36 | 1,160.19 | (0.00) | 1,160.19 |
| 139. R&R Siding - vinyl | 450.00 SF | 5.64 | 76.86 | 522.98 | 3,137.84 | (0.00) | 3,137.84 |
| 140. Prime & paint door slab only - exterior (per side) | 1.00 EA | 52.56 | 1.16 | 10.76 | 64.48 | (0.00) | 64.48 |
| 141. Clean with pressure/chemical spray | 600.00 SF | 0.47 | 0.42 | 56.48 | 338.90 | (0.00) | 338.90 |
| 142. Detach & Reset Exterior light fixture | 1.00 EA | 93.17 | 0.00 | 18.64 | 111.81 | (0.00) | 111.81 |
| **Totals: Right Elevation** | | | **95.77** | **802.22** | **4,813.22** | **0.00** | **4,813.22** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 143. Seal & paint wood siding | 450.00 SF | 2.11 | 17.33 | 193.36 | 1,160.19 | (0.00) | 1,160.19 |
| 144. R&R Siding - vinyl | 450.00 SF | 5.64 | 76.86 | 522.98 | 3,137.84 | (0.00) | 3,137.84 |
| 145. Clean with pressure/chemical spray | 600.00 SF | 0.47 | 0.42 | 56.48 | 338.90 | (0.00) | 338.90 |
| **Totals: Left Elevation** | | | **94.61** | **772.82** | **4,636.93** | **0.00** | **4,636.93** |

### General

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

**CONTINUED - General**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 146.  Temporary toilet - Minimum rental charge | 1.00 EA | 110.00 | 0.00 | 22.00 | 132.00 | (0.00) | 132.00 |
| 147.  Temporary Fencing * | 1.00 EA | 229.32 | 0.00 | 45.86 | 275.18 | (0.00) | 275.18 |
| **To prevent the general public from entering a construction zone, a 6-foot fence is necessary around the perimeter of the construction site.** | | | | | | | |
| 148.  Cleaning Technician - per hour | 24.00 HR | 36.06 | 0.00 | 173.08 | 1,038.52 | (0.00) | 1,038.52 |
| 149.  Single axle dump truck - per load - including dump fees | 1.00 EA | 208.70 | 0.00 | 41.74 | 250.44 | (0.00) | 250.44 |
| 150.  Job-site cargo/storage container - 20' long - per month | 1.00 MO | 102.75 | 7.19 | 22.00 | 131.94 | (0.00) | 131.94 |
| 151.  Job-site cargo container - pick up/del. (each way) 16'-40' | 1.00 EA | 118.94 | 8.33 | 25.44 | 152.71 | (0.00) | 152.71 |
| 152.  Containment Barrier/Airlock/Decon. Chamber | 480.00 SF | 0.86 | 4.70 | 83.50 | 501.00 | (0.00) | 501.00 |
| **Totals:  General** | | | **20.22** | **413.62** | **2,481.79** | **0.00** | **2,481.79** |
| **Total:  Main Level** | | | **632.85** | **7,215.28** | **43,290.47** | **0.00** | **43,290.47** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 153.  Wood floor covering labor minimum | 1.00 EA | 124.61 | 0.00 | 24.92 | 149.53 | (0.00) | 149.53 |
| 154.  Gutter labor minimum | 1.00 EA | 17.71 | 0.00 | 3.54 | 21.25 | (0.00) | 21.25 |
| **Totals:  Labor Minimums Applied** | | | **0.00** | **28.46** | **170.78** | **0.00** | **170.78** |
| **Line Item Totals:  MEUTHALEWIS** | | | **1,117.68** | **12,319.30** | **73,914.42** | **0.00** | **73,914.42** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 2,987.57 | SF Walls | 890.76 | SF Ceiling | 3,878.33 | SF Walls and Ceiling |
| 890.76 | SF Floor | 98.97 | SY Flooring | 367.81 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 401.64 | LF Ceil. Perimeter |
| 890.76 | Floor Area | 994.04 | Total Area | 2,987.57 | Interior Wall Area |
| 2,352.13 | Exterior Wall Area | 212.10 | Exterior Perimeter of Walls | | |
| 2,683.30 | Surface Area | 26.83 | Number of Squares | 295.09 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 73,735.08 | 99.76% | 73,735.08 | 99.76% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 179.34 | 0.24% | 179.34 | 0.24% |
| Total | 73,914.42 | 100.00% | 73,914.42 | 100.00% |

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 60,328.31 |
| Material Sales Tax | 1,101.83 |
| Storage Rental Tax | 15.52 |
| Subtotal | 61,445.66 |
| Overhead | 6,144.71 |
| Profit | 6,144.71 |
| **Replacement Cost Value** | **$73,735.08** |
| **Net Claim** | **$73,735.08** |

Raimel Corcho

## Summary for Contents

| | |
|---|---|
| Line Item Total | 149.13 |
| Material Sales Tax | 0.33 |
| Subtotal | 149.46 |
| Overhead | 14.94 |
| Profit | 14.94 |
| **Replacement Cost Value** | **$179.34** |
| **Net Claim** | **$179.34** |

Raimel Corcho

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (7%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (7%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 6,159.65 | 6,159.65 | 1,102.16 | 0.00 | 0.00 | 15.52 |
| **Total** | | | | | | |
| | **6,159.65** | **6,159.65** | **1,102.16** | **0.00** | **0.00** | **15.52** |

# Recap by Room

**Estimate: MEUTHALEWIS**

**Area: ROOF**

| | | | |
|---|---|---|---|
| **Roof1** | | **24,892.78** | **41.16%** |
| Coverage: Dwelling | 100.00% = | 24,892.78 | |

| | | | |
|---|---|---|---|
| **Area Subtotal: ROOF** | | **24,892.78** | **41.16%** |
| Coverage: Dwelling | 100.00% = | 24,892.78 | |

**Area: Main Level**

| | | | |
|---|---|---|---|
| **Waiting Area** | | **2,235.02** | **3.70%** |
| Coverage: Dwelling | 100.00% = | 2,235.02 | |
| **Office Loft** | | **5,797.72** | **9.59%** |
| Coverage: Dwelling | 99.14% = | 5,748.01 | |
| Coverage: Contents | 0.86% = | 49.71 | |
| **Hallway** | | **125.84** | **0.21%** |
| Coverage: Dwelling | 100.00% = | 125.84 | |
| **Storage Room** | | **1,397.22** | **2.31%** |
| Coverage: Dwelling | 96.44% = | 1,347.51 | |
| Coverage: Contents | 3.56% = | 49.71 | |
| **Office #1** | | **2,654.88** | **4.39%** |
| Coverage: Dwelling | 98.13% = | 2,605.17 | |
| Coverage: Contents | 1.87% = | 49.71 | |
| **Hallway** | | **1,272.69** | **2.10%** |
| Coverage: Dwelling | 100.00% = | 1,272.69 | |
| **Office #2** | | **1,677.46** | **2.77%** |
| Coverage: Dwelling | 100.00% = | 1,677.46 | |
| **Office #3** | | **1,333.26** | **2.20%** |
| Coverage: Dwelling | 100.00% = | 1,333.26 | |
| **Office #4** | | **1,213.36** | **2.01%** |
| Coverage: Dwelling | 100.00% = | 1,213.36 | |
| **Front Elevation** | | **2,085.25** | **3.45%** |
| Coverage: Dwelling | 100.00% = | 2,085.25 | |
| **Rear Elevation** | | **5,916.96** | **9.78%** |
| Coverage: Dwelling | 100.00% = | 5,916.96 | |
| **Right Elevation** | | **3,915.23** | **6.47%** |
| Coverage: Dwelling | 100.00% = | 3,915.23 | |
| **Left Elevation** | | **3,769.50** | **6.23%** |
| Coverage: Dwelling | 100.00% = | 3,769.50 | |
| **General** | | **2,047.95** | **3.39%** |
| Coverage: Dwelling | 100.00% = | 2,047.95 | |

| | | | |
|---|---|---|---|
| **Area Subtotal: Main Level** | | **35,442.34** | **58.60%** |

| | | | | |
|---|---|---|---|---|
| Coverage: Dwelling | 99.58% | = | 35,293.21 | |
| Coverage: Contents | 0.42% | = | 149.13 | |
| **Labor Minimums Applied** | | | **142.32** | **0.24%** |
| Coverage: Dwelling | 100.00% | = | 142.32 | |
| **Subtotal of Areas** | | | **60,477.44** | **100.00%** |
| Coverage: Dwelling | 99.75% | = | 60,328.31 | |
| Coverage: Contents | 0.25% | = | 149.13 | |
| **Total** | | | **60,477.44** | **100.00%** |

## Recap by Category

| O&P Items | | | Total | % |
|---|---|---|---:|---:|
| **CONT: CLEAN - HARD FURNITURE** | | | **149.13** | **0.20%** |
| Coverage: Contents | @ | 100.00% = | 149.13 | |
| **CLEANING** | | | **2,465.79** | **3.34%** |
| Coverage: Dwelling | @ | 100.00% = | 2,465.79 | |
| **CONTENT MANIPULATION** | | | **1,219.27** | **1.65%** |
| Coverage: Dwelling | @ | 100.00% = | 1,219.27 | |
| **GENERAL DEMOLITION** | | | **5,513.33** | **7.46%** |
| Coverage: Dwelling | @ | 100.00% = | 5,513.33 | |
| **DRYWALL** | | | **3,121.55** | **4.22%** |
| Coverage: Dwelling | @ | 100.00% = | 3,121.55 | |
| **ELECTRICAL** | | | **750.51** | **1.02%** |
| Coverage: Dwelling | @ | 100.00% = | 750.51 | |
| **FLOOR COVERING - CARPET** | | | **2,052.96** | **2.78%** |
| Coverage: Dwelling | @ | 100.00% = | 2,052.96 | |
| **FLOOR COVERING - WOOD** | | | **270.52** | **0.37%** |
| Coverage: Dwelling | @ | 100.00% = | 270.52 | |
| **FENCING** | | | **229.32** | **0.31%** |
| Coverage: Dwelling | @ | 100.00% = | 229.32 | |
| **FINISH CARPENTRY / TRIMWORK** | | | **1,187.40** | **1.61%** |
| Coverage: Dwelling | @ | 100.00% = | 1,187.40 | |
| **FRAMING & ROUGH CARPENTRY** | | | **728.82** | **0.99%** |
| Coverage: Dwelling | @ | 100.00% = | 728.82 | |
| **HEAT,  VENT & AIR CONDITIONING** | | | **180.12** | **0.24%** |
| Coverage: Dwelling | @ | 100.00% = | 180.12 | |
| **INSULATION** | | | **527.36** | **0.71%** |
| Coverage: Dwelling | @ | 100.00% = | 527.36 | |
| **LIGHT FIXTURES** | | | **2,041.43** | **2.76%** |
| Coverage: Dwelling | @ | 100.00% = | 2,041.43 | |
| **MOISTURE PROTECTION** | | | **977.83** | **1.32%** |
| Coverage: Dwelling | @ | 100.00% = | 977.83 | |
| **PAINTING** | | | **11,458.73** | **15.50%** |
| Coverage: Dwelling | @ | 100.00% = | 11,458.73 | |
| **ROOFING** | | | **18,531.69** | **25.07%** |
| Coverage: Dwelling | @ | 100.00% = | 18,531.69 | |
| **SIDING** | | | **6,790.50** | **9.19%** |
| Coverage: Dwelling | @ | 100.00% = | 6,790.50 | |
| **SOFFIT, FASCIA, & GUTTER** | | | **1,358.84** | **1.84%** |
| Coverage: Dwelling | @ | 100.00% = | 1,358.84 | |
| **STUCCO & EXTERIOR PLASTER** | | | **399.54** | **0.54%** |
| Coverage: Dwelling | @ | 100.00% = | 399.54 | |
| **TEMPORARY REPAIRS** | | | **110.00** | **0.15%** |
| Coverage: Dwelling | @ | 100.00% = | 110.00 | |

| O&P Items | | | Total | % |
|---|---|---|---:|---:|
| **WATER EXTRACTION & REMEDIATION** | | | **412.80** | **0.56%** |
| Coverage: Dwelling | @ | 100.00% = | 412.80 | |
| **O&P Items Subtotal** | | | **60,477.44** | **81.82%** |
| **Material Sales Tax** | | | **1,102.16** | **1.49%** |
| Coverage: Dwelling | @ | 99.97% = | 1,101.83 | |
| Coverage: Contents | @ | 0.03% = | 0.33 | |
| **Storage Rental Tax** | | | **15.52** | **0.02%** |
| Coverage: Dwelling | @ | 100.00% = | 15.52 | |
| **Overhead** | | | **6,159.65** | **8.33%** |
| Coverage: Dwelling | @ | 99.76% = | 6,144.71 | |
| Coverage: Contents | @ | 0.24% = | 14.94 | |
| **Profit** | | | **6,159.65** | **8.33%** |
| Coverage: Dwelling | @ | 99.76% = | 6,144.71 | |
| Coverage: Contents | @ | 0.24% = | 14.94 | |
| **Total** | | | **73,914.42** | **100.00%** |



**Deluge Doctors LLC**

**WTR1583MEAUTHALEWIS**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1.  Water Extraction & Remediation Technician - per hour | 3.00 HR | 75.44 | 0.00 | 226.32 | (0.00) | 226.32 |
| 3 hours for 2 technicians | | | | | | |
| 2.  Travel Fee * | 1.00 EA | 200.00 | 0.00 | 200.00 | (0.00) | 200.00 |
| 3 hours for 2 technicians | | | | | | |
| 3.  Service Call - during business hours* | 1.00 EA | 215.17 | 0.00 | 215.17 | (0.00) | 215.17 |
| 4.  Hurricane Milton Fee * | 1.00 EA | 150.00 | 0.00 | 150.00 | (0.00) | 150.00 |
| 5.  Thermal imaging - (Bid Item) | 1.00 EA | 300.00 | 0.00 | 300.00 | (0.00) | 300.00 |
| 6.  Equipment setup, take down, and monitoring (hourly charge) | 2.00 HR | 75.44 | 0.00 | 150.88 | (0.00) | 150.88 |
| 7.  Equipment decontamination charge - per piece of equipment | 6.00 EA | 44.43 | 0.00 | 266.58 | (0.00) | 266.58 |
| 8.  Add for HEPA filter (for negative air exhaust fan) | 1.00 EA | 208.71 | 0.00 | 208.71 | (0.00) | 208.71 |
| 9.  Add for HEPA filter (for canister/backpack vacuums) | 1.00 EA | 92.65 | 0.00 | 92.65 | (0.00) | 92.65 |
| **Total:  WTR1583MEAUTHALEWIS** | | | **0.00** | **1,810.31** | **0.00** | **1,810.31** |



**Hallway**      **LxWxH 15' x 5' x 8'**

| | |
|---|---|
| 320.00  SF Walls | 75.00  SF Ceiling |
| 395.00  SF Walls & Ceiling | 75.00  SF Floor |
| 8.33  SY Flooring | 40.00  LF Floor Perimeter |
| 120.00  SF Long Wall | 40.00  SF Short Wall |
| 40.00  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 10.  HEPA Vacuuming - Detailed - (PER SF) | 164.50 SF | 1.12 | 0.00 | 184.24 | (0.00) | 184.24 |
| 11.  Apply anti-microbial agent to part of the walls | 138.25 SF | 0.37 | 0.00 | 51.15 | (0.00) | 51.15 |
| 12.  Air mover (per 24 hour period) - No monitoring | 8.00 EA | 37.62 | 0.00 | 300.96 | (0.00) | 300.96 |
| 2 air movers for 4 days | | | | | | |
| 13.  Multi-port air mover adapter (per 24 hr period)- No monit. | 4.00 EA | 32.15 | 0.00 | 128.60 | (0.00) | 128.60 |
| 1 multi port adapter for 4 days | | | | | | |
| 14.  Wall cavity drying-Inj. type (per 24 hr period) No monit. | 4.00 DA | 141.00 | 0.00 | 564.00 | (0.00) | 564.00 |
| 1 drying injector for 5 days | | | | | | |
| 15.  Drill holes for wall cavity drying | 2.00 EA | 0.75 | 0.00 | 1.50 | (0.00) | 1.50 |
| 16.  Dehumidifier (per 24 hr period) - 70-109 ppd - No monitor. | 4.00 EA | 126.06 | 0.00 | 504.24 | (0.00) | 504.24 |
| 1 dehu for 4 days | | | | | | |
| 17.  Negative air fan/Air scrubber (24 hr period) - No monit. | 4.00 DA | 132.35 | 0.00 | 529.40 | (0.00) | 529.40 |
| 1 negative air scrubber for 4 days | | | | | | |



**Deluge Doctors LLC**

CONTINUED - Hallway

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| **Totals: Hallway** | | | 0.00 | 2,264.09 | 0.00 | 2,264.09 |



| **Office Storage** | | **LxWxH 10' x 10' x 8'** |
|---|---|---|
| 320.00 SF Walls | | 100.00 SF Ceiling |
| 420.00 SF Walls & Ceiling | | 100.00 SF Floor |
| 11.11 SY Flooring | | 40.00 LF Floor Perimeter |
| 80.00 SF Long Wall | | 80.00 SF Short Wall |
| 40.00 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 18. HEPA Vacuuming - Detailed - (PER SF) | 182.00 SF | 1.12 | 0.00 | 203.84 | (0.00) | 203.84 |
| 19. Apply anti-microbial agent to part of the walls | 147.00 SF | 0.37 | 0.00 | 54.39 | (0.00) | 54.39 |
| 20. Air mover (per 24 hour period) - No monitoring | 8.00 EA | 37.62 | 0.00 | 300.96 | (0.00) | 300.96 |
| 2 air movers for 4 days | | | | | | |
| 21. Wall cavity drying-Inj. type (per 24 hr period) No monit. | 4.00 DA | 141.00 | 0.00 | 564.00 | (0.00) | 564.00 |
| 1 drying injector for 4 days | | | | | | |
| 22. Drill holes for wall cavity drying | 2.00 EA | 0.75 | 0.00 | 1.50 | (0.00) | 1.50 |
| **Totals: Office Storage** | | | 0.00 | 1,124.69 | 0.00 | 1,124.69 |
| **Line Item Totals: WTR1583MEAUTHALEWIS** | | | 0.00 | 5,199.09 | 0.00 | 5,199.09 |

## Grand Total Areas:

| 640.00 | SF Walls | 175.00 | SF Ceiling | 815.00 | SF Walls and Ceiling |
|---|---|---|---|---|---|
| 175.00 | SF Floor | 19.44 | SY Flooring | 80.00 | LF Floor Perimeter |
| 200.00 | SF Long Wall | 120.00 | SF Short Wall | 80.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |



**Deluge Doctors LLC**

## Summary for Dwelling

Line Item Total                                                                5,199.09

**Replacement Cost Value**                                                **$5,199.09**
**Net Claim**                                                             **$5,199.09**



**Deluge Doctors LLC**

## WTARP1584MEAUTHAL

**WTARP1584MEAUTHAL**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. Install Tarp - poly - w/sandbags - per sq ft (lab & mat) | 2,200.00 SF | 2.31 | 0.00 | 5,082.00 | (0.00) | 5,082.00 |
| Includes material and labor installation. | | | | | | |
| 2. R&R Tarp - poly - w/sandbags - per sq ft (lab & mat) | 2,200.00 SF | 1.16 | 0.00 | 2,552.00 | (0.00) | 2,552.00 |
| Remove and reset for insurance inspection | | | | | | |

| | | | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| **Total: WTARP1584MEAUTHAL** | | | **0.00** | **7,634.00** | **0.00** | **7,634.00** |
| **Line Item Totals: WTARP1584MEAUTHAL** | | | **0.00** | **7,634.00** | **0.00** | **7,634.00** |