# EXHIBIT "A"

# PREMIER BUSINESSOWNERS POLICY

## OFFICE

## COMMON DECLARATIONS

| | |
|---|---|
| Policy Number:   ACP BP015934665524 | Policy Period:    From 11-30-2023 To 11-30-2024 |

### SCHEDULE OF NAMED INSUREDS

**Named Insured:**

MEAUTHA A LEWIS
MEAUTHA LEWIS
YVONNE WILSON

