UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MEUATHA LEWIS and YVONNE WILSON,

    Plaintiff,

vs.

CASE NO. 2:25-cv-355-JLB-NPM

NATIONWIDE ASSURANCE COMPANY,

    Defendant.
_____/

**NAC'S SUPPLEMENT REQUIRED BY THE COURT'S ORDER [DE 11]**

The Defendant, Nationwide Assurance Company ("NAC"), files its supplement to its motion for leave as required under the Court's Order [DE 9], and states:

NAC has verified through Accurint that Yvonne Wilson (year of birth: 1947) resides in Willingboro, New Jersey. NAC has also verified through Accurint that Meautha Lewis and Meautha A. Lewis are the same person (year of birth: 1947), and that Lewis no longer resides in Willingboro, New Jersey and now resides in Lehigh Acres, Florida. As such, Wilson is a citizen of New Jersey and Lewis is a citizen of Florida. NAC is a citizen of Wisconsin and Ohio. There is complete diversity of citizenship.

NAC does not file the search results due to the confidential personal information contained throughout. Should the Court require filing, or deem these representations inadequate, NAC requests leave to file them under seal pursuant to L.R. 1.11.

. 2:25-cv-355-JLB-NPM

Respectfully submitted,

HINSHAW & CULBERTSON LLP

*/s/ Joseph V. Manzo*
Joseph V. Manzo
Florida Bar No. 52309

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 23, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and copies shall be served via email upon the following

Kevin Weisser, Esq.
Weisser Elazar & Kantor, PLLC
800 E. Broward Blvd.
Suite 510
Ft. Lauderdale, FL  33301
Telephone: 954-486-2623
Facsimile: 954-572-8695
kw@weklaw.com
jk@weklaw.com
service@weklaw.com
*Counsel for Lewis*

HINSHAW & CULBERTSON LLP

 */s/ Joseph V. Manzo*

2

1085958\324763911.v1

. 2:25-cv-355-JLB-NPM

Joseph V. Manzo
Florida Bar No. 52309
2811 Ponce de Leon Blvd.
Suite 1000, 10th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
jmanzo@hinshawlaw.com
eriesgo@hinshawlaw.com
jhodges@hinshawlaw.com
*Counsel for NAC*